MARCH 21, 1983

No. 82–1192.    DIPIERO v. GOODMAN ET AL.    Appeal from Ct. App. Mass. dismissed for want of jurisdiction.    Treating

the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.